

# nysut
*A Union of Professionals*

**Office of General Counsel**
James R. Sandner
*General Counsel*

| Albany | New York |
|---|---|
| Janet Axelrod<br>*Associate General Counsel* | Claude I. Hersh<br>*Assistant General Counsel* |
| Richard E. Casagrande<br>*Associate General Counsel* | Richard A. Shane<br>*Associate General Counsel* |

December 11, 2009

*Via Electronic Case Filing*

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> *Defendants' response to plaintiff's amended complaint is hereby stayed (in 08-3430) pending the status conference on 1/7/10. The Court will address this issue at the January conference.*
>
> S/Judge Lois Bloom
> 12/14/09

Re:   **Simon Goldvekht v. United Federation of Teachers et al.**
      **08-CV-3430 (JG) (LB)**
      Our File No. 251349-F160

      **Simon Goldvekht v. New York City Department of Education and Linda Alhonote**
      **09-CV-794 (JG) (LB)**

Dear Judge Bloom:

This office represents the United Federation of Teachers ("UFT") in the above-referenced action. On December 3, 2009, Defendant UFT received a copy of the Court's Order, dated December 2, 2009 via the electronic case filing system. On page 2 of this Order, the Court notes that defendants, UFT and New York City Department of Education, have not yet responded to plaintiff's amended complaint in 08-CV-3430, which was filed on or about March 5, 2009. The Court further directed the defendants to respond to plaintiff's amended complaint in 08-CV-3430 by December 18, 2009.

Upon receiving and reviewing this order, I conferred with Courtney B. Stein, Esq., attorney for the New York City Department of Education and Linda Alhonote in the above-referenced matters. We discussed the Court's December 2nd Order and are uncertain as to the proper response to plaintiff's amended complaint in 08-CV-3430. Specifically, plaintiff's "amended complaint" in *Goldvekht v. United Federation of Teachers, et al.*, 08-CV-3430, consists of **the identical complaint** that plaintiff filed in *Goldvekht v. New York City Department of Education and Linda Alhonote*, 09-CV-794. As the Court's December 2nd Order notes, Judge Gleeson granted defendants' motion to dismiss this 09-CV-794 complaint on September 1, 2009. In light of the Court's conflicting orders, Ms. Stein and I are uncertain as to how we are to respond to plaintiff's claims, which were previously dismissed in their entirety.

Honorable Lois Bloom
December 11, 2009
Page -2-

---

      In light of this, Ms. Stein and I respectfully request a conference to address these issues on December 18, 2009. Should the Court deem that we must still respond to plaintiff's amended complaint, filed in connection with *Goldvekht v. United Federation of Teachers, et al.*, 08-CV-3430, we further respectfully request an extension of time from the original December 18, 2009 deadline, to serve and file a proper response.

      Thank you for your consideration of our request.

      Please feel free to contact me at (212) 533-6300 and/or to contact Ms. Stein at (212) 788-1202.

                      Respectfully submitted,

                        JAMES R. SANDNER

            By: _____
                      ARIANA A. GAMBELLA (AG 3067)
                      Associate Counsel

AAG
cc:     Courtney B. Stein, Esq. (*via e-mail*)

       Simon Goldvekht (*via overnight mail*)
       *Pro Se* Plaintiff
       3029 Brighton 12th Street, #D-7
       Brooklyn, NY 11235

       Honorable John Gleeson (*via ECF*)
       United States District Judge
       Eastern District of New York
       225 Cadman Plaza East
       Brooklyn, New York 11201